667 A.2d 692

IN THE MATTER OF RICHARD D. SILVERBLATT,
AN ATTORNEY AT LAW.

December 11, 1995.

## ORDER

The Disciplinary Review Board on July 17, 1995, having filed with the Court its decision concluding that by way of reciprocal discipline **RICHARD D. SILVERBLATT** of **HOLLIS HILLS, NEW YORK,** who was admitted to the bar of this State in 1983, should be suspended from the practice of law for a period of three years, retroactive to July 1, 1993, the date of respondent's temporary suspension from practice;

And that the Disciplinary Review Board having concluded pursuant to *Rule* 1:20–14(a)(4)(E) that although respondent had been disbarred in New York on the basis of his guilty plea to one count of a federal indictment charging him with willfully and knowingly presenting false statements of material fact to the U.S. Immigration and Naturalization Service, in violation of 18 *U.S.C.A.* 1001, discipline substantially different from disbarment is warranted by respondent's misconduct;

And the Disciplinary Review Board having further concluded that no application for reinstatement should be made by respondent until such time as respondent is reinstated to practice in New York;

And **RICHARD D. SILVERBLATT** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **RICHARD D. SILVERBLATT** is hereby suspended from the practice of law for a period of three years, retroactive to July 1, 1993, and until the further Order of the Court; and it is further

ORDERED that no application for reinstatement shall be made until respondent is reinstated to practice in the State of New York; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.